HESTON & HESTON, ATTORNEYS AT LAW
RICHARD G. HESTON (State Bar No. 90738)
HALLI B. HESTON (State Bar No. 90737)
BENJAMIN R. HESTON (State Bar No. 297798)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Tel: (949) 222-1041
Fax: (949) 222-1043
rheston@hestonlaw.com

Attorneys for Debtor

FILED & ENTERED

JUN 28 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

Craig Clay Ferguson,

    Debtor.

Case No.: 8:22-bk-10975-MH

Chapter 13

**ORDER RE MOTION TO EXTEND DEADLINE FOR FILING CASE COMMENCEMENT DOCUMENTS**

On June 27, 2022 as Docket #10, the Debtor filed a Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) ("Motion").

Having reviewed the Motion IT IS ORDERED:

The Motion is GRANTED and the new deadline to file case commencement documents is July 11, 2022.

Date: June 28, 2022

_____
Mark Houle
United States Bankruptcy Judge

###

1